JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    -v.-                          :     07 Cr.

ROBERT RODRIGUEZ,                 :
    a/k/a "Robert Guzman," and
IRVING SANTIAGO,                  :     **07 CRIM 1039**
    a/k/a "Eric Santiago,"
    a/k/a "Jenkins Santiago,"   :

              Defendants.      :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about September 28, 2007, in the Southern District of New York, ROBERT RODRIGUEZ, a/k/a "Robert Guzman," and IRVING SANTIAGO, a/k/a "Eric Santiago," a/k/a "Jenkins Santiago," the defendants, after each having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, RODRIQUEZ was convicted on or about December 4, 2000, in New York Supreme Court, New York County, for attempted burglary in the second degree, in violation of New York Penal Law 140.25, and SANTIAGO was convicted on or about February 8, 2000, in New York Supreme Court, Bronx County, for robbery in the third degree, in violation of New York Penal Law 160.05, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a 9 millimeter Smith & Wesson handgun, that previously had

been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____   _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

2

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT RODRIGUEZ, a/k/a Robert Guzman,
and IRVING SANTIAGO, a/k/a Eric Santiago,
a/k/a Jenkins Santiago,

Defendants.

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*[Handwritten notes:]* Nov 14, 2007 — Indictment filed. A/w issued for A Rodriguez and Santiago. Case assigned to Judge Kaplan. Freeman, USMJ