```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X

UNITED STATES OF AMERICA          :    ORDER

        - v -                     :    07 Cr. 1039 (LAK)

ROBERT RODRIGUEZ,                 :
    a/k/a "Robert Guzman," and
IRVING SANTIAGO,                  :
    a/k/a "Eric Santiago,"
    a/k/a "Jenkins Santiago,"     :

                   Defendants.    :

-------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Carrie H. Cohen, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the District Attorney's case files and the grand jury testimony and exhibits relating to the September 28, 2007 arrest and investigation by the Bronx District Attorney's Office of IRVING SANTIAGO, a/k/a "Eric Santiago," a/k/a "Jenkins Santiago," and ROBERT RODRIGUEZ, a/k/a "Robert Guzman," to permit the United States Attorney's Office for the Southern District of New York to review these materials,

IT IS HEREBY ORDERED, that the District Attorney's case files and the grand jury testimony and exhibits relating to the arrests and prosecutions of IRVING SANTIAGO, a/k/a "Eric Santiago," a/k/a "Jenkins Santiago," and ROBERT RODRIGUEZ, a/k/a

"Robert Guzman," (Grand Jury # 45390 (2007), SANTIAGO Case # 60079C-2007; RODRIGUEZ Case # 60078C-2007), be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these materials and, if necessary, to disclose any documents contained therein as required by the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
       January 22, 2008

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK