UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States,                              :
                                            :
                                            :
v.                                          :          No.: 07-CR-1039 (LAK)
                                            :
Irving Santiago,                            :               **NOTICE OF**
                                            :          **CHANGE OF ADDRESS**
               Defendant.                   :
                                            :
                                            :
                                            :
_____            :

Please be advised that the new contact information for Harry H. Rimm, attorney for

Irving Santiago, is as follows:

> ReedSmith LLP
> 599 Lexington Avenue
> New York, NY 10022
> Telephone: (212) 205-6080
> Facsimile: (212) 521-5450
> Email: hrimm@reedsmith.com

DATED this the 25th day of March, 2008.

_____
Harry H. Rimm

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  (212).521-5400
Facsimile:  (212).521-5450

*Counsel for Defendant Irving Santiago*