UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :        ORDER

              -v.-                  :        07 Cr. 1039 (LAK)

ROBERT RODRIGUEZ,                   :
      a/k/a "Robert Guzman," and
IRVING SANTIAGO,                    :
      a/k/a "Eric Santiago,"
      a/k/a "Jenkins Santiago,"     :

              Defendants.           :

- - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

WHEREAS, with the defendant Irving Santiago's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 18, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Irving Santiago entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Irving Santiago's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            _____, 2008


                                    LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE