Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

UNITED STATES

Docket No.: 07-CR-1039 (LAK)

vs. IRVING SANTIAGO

Lewis A. Kaplan
(District Court Judge)

Notice is hereby given that Irving Santiago appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____ (specify)

entered in this action on July 10, 2008
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date 7/10/2008
TO

Harry H. Rimm
(Counsel for Appellant)

Address: Reed Smith LLP
599 Lexington Avenue
New York, NY 10020

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 212-205-6080

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of                                    Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[ ] Sentencing _____
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____   DATE 7/10/2008

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05